UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FREDERIC KABUTH,

Plaintiff,

v. Case No: 2:26-cv-0984-JES-KRH

DIRECTOR JOSEPH B. EDLOW, in his official capacity as Director, U.S. Citizenship and Immigration Services,

Defendant.

---

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #10) filed on June 29, 2026. Defendant has not yet appeared and no answer or motion for summary judgment has been filed by defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice. The Clerk shall close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of July 2026.

John E. Steele

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record